# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-2902

———————————————

ANDREA R. HART BUSEY,

Appellant,

v.

HILLERY B. MAHER,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
John I. Guy, Judge.

September 30, 2021

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nicholas Martino, Jacksonville, for Appellant.

Beth M. Terry, Law Office of Beth M. Terry, P.A., Jacksonville, for Appellee.